IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARMOD RASHAD JAHMAL BOSWELL, a.k.a., Armond Boswell, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:18-CV-632-WKW [WO] |
| v. | ) ) | |
| LARRY NIXON, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On May 8, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 30.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 30) is ADOPTED, this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 28th day of May, 2019.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE